UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' PENSION FUND; BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL WORKERS' HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE KERN COUNTY ELECTRICAL JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST; and CONSTRUCTION BENEFITS ADMINISTRATION, INC.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TRINITY CONSTRUCTION ENTERPRISES, INC. DBA TRINITY POWER and DOES 1 THROUGH 25,**<br><br>**Defendants.** | Civil Case No.: 1:24-cv-00563-JLT-CDB<br><br>**[~~PROPOSED~~] ORDER REGARDING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND REQUEST FOR COURT TO RETAIN JURISDICTION** |

**[~~PROPOSED~~] ORDER**

Pursuant to the Joint Stipulation filed hereon, and good cause appearing, this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure §41(a)(1)(A)(ii). Further, pursuant to the request of the parties, the Court agrees to exercise its discretion to incorporate its private Settlement Agreement into the Order of Dismissal and retain jurisdiction

until the obligations set forth in the private settlement between the Parties are satisfied, no later than October 8, 2027.

The Clerk of Court shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE